IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| KENTUCKY COAL ASSOCIATION, INC., JAMES ROGERS, III, J.L. ROGERS FAMILY, LLC, TALMAGE ROGERS, TALMAR OF FL, LLC, PAT EARLY, KIRSTINE EARLY, BUCKINGHAM HOLLOW, LLC, KEVIN LAWRENCE AND BIG BUCKS, LLC<br>      Plaintiffs<br>v.<br><br>TENNESSEE VALLEY AUTHORITY<br>      Defendant | Case No. 4:14-CV-00073-JHM |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Fed. R. Civ. P. 65, Plaintiffs Kentucky Coal Association, Inc., James Rogers, III, J.L. Rogers Family, LLC, Talmage Rogers, Talmar of FL, LLC, Pat Early, Kirstine Early, Buckingham Hollow, LLC, Kevin Lawrence and Big Bucks, LLC (referred to collectively herein as "Plaintiffs"), move this Court to issue a Preliminary Injunction against Defendant Tennessee Valley Authority ("TVA"), preliminarily enjoining TVA from carrying out any activities that will implement its decision to retire Paradise Units 1 and 2 and construct a new gas-powered generating facility and accompanying gas transport infrastructure. Plaintiffs also respectfully request that the Court, in its equitable discretion, dispense with the security requirement of Fed. R. Civ. P. 65(c).

Plaintiffs show a strong likelihood of success on the merits of their claims that the TVA did not act in accordance with the statutory requirements of NEPA or the TVA Act in making its decision regarding the Paradise facility. The environmental harm that Plaintiffs face from TVA's continued action in pursuit of its flawed decision is irreparable, and the public interest supports a preliminary injunction while the parties take necessary

discovery and this Court hears the merits of the dispute.  A memorandum in support of this Motion and a proposed Order are submitted herewith.

              Respectfully submitted,

              */s/ Donald J. Kelly*
              WYATT, TARRANT & COMBS, LLP
              Donald J. Kelly dkelly@wyattfirm.com
              Lisa C. DeJaco ldejaco@wyattfirm.com
              500 West Jefferson Street, Suite 2800
              Louisville, KY  40202-2898
              502.589.5235

              G. Brian Wells bwells@wyattfirm.com
              Courtney Ross Samford
               csamford@wyattfirm.com
              250 W. Main Street, Suite 1600
              Lexington, Kentucky 40507-1746
              859.233.2012

**CERTIFICATE OF SERVICE**

   This is to certify that a true and correct copy of foregoing has been served upon the following, by first class United States mail, postage prepaid, on this the 27th day of August, 2014:

| | |
|---|---|
| Tennessee Valley Authority | Eric H. Holder, Jr. |
| c/o Ralph E. Rogers | Attorney General of the United States |
| Executive VP and General Counsel | US Department of Justice |
| 400 W. Summit Hill Dr., | 950 Pennsylvania Avenue, NW |
| Knoxville, Tennessee 37902-1499 | Washington, DC 20530-0001 |
| | |
| David Hale | |
| US Attorney's Office | |
| 717 W. Broadway | |
| Louisville, KY 40202 | |

              */s/ Donald J. Kelly*
              *One of Counsel for Plaintiffs*

61220431.1