UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KENTUCKY COAL ASSOCIATION, INC.,
JAMES ROGERS, III, J.L. ROGERS FAMILY,
LLC, TALMAGE ROGERS, TALMAR OF FL,
LLC, PAT EARLY, KIRSTINE EARLY,
BUCKINGHAM HOLLOW, LLC, KEVIN
LAWRENCE AND BIG BUCKS, LLC,
Plaintiffs,

v.                                              No. 4:14-cv-73-M

TENNESSEE VALLEY AUTHORITY,
Defendant.

## TENNESSEE VALLEY AUTHORITY'S MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD

Defendant Tennessee Valley Authority (TVA) respectfully moves the Court to enter

Judgment on the Administrative Record for TVA.  TVA filed the Administrative Record in

support of its *Final Environmental Assessment: Paradise Fossil Plant Units 1 and 2 Mercury

and Air Toxics Standards Compliance Project* with the Court on September 18, 2014.  That

Administrative Record and TVA's brief filed in support of its Motion for Judgment demonstrate

that TVA properly analyzed its decision to replace two coal-fired units at its Paradise Plant with

natural gas generation under the National Environmental Policy Act, and that TVA's action was

neither arbitrary nor capricious under the National Environmental Policy Act or the Energy

Policy Act of 1992.  Entry of judgment for TVA is therefore proper.

1

Respectfully submitted,

_s/Maria V. Gillen_

Edwin W. Small, Deputy General Counsel
Maria V. Gillen, Senior Attorney
Frances Regina Koho, Attorney
Defendant GENERAL COUNSEL'S OFFICE
400 West Summit Hill Drive
Knoxville, Tennessee 37902-1401
Telephone 865.632.7741

Attorneys for Tennessee Valley Authority

27162513

## CERTIFICATE OF SERVICE

On September 19, 2014, I electronically filed this document through the ECF system, which will send a notice of electronic filing to:

> Donald Kelly, Esq.
> Lisa C. DeJaco, Esq.
> G. Brian Wells, Esq.
> Courtney Ross Samford, Esq.
> Wyatt, Tarrant & Combs LLP
> dkelly@wyattfirm.com
> ldejaco@wyattfirm.com
> bwells@wyattfirm.com
> csamford@wyattfirm.com
> Attorneys for Plaintiffs

> *s/Maria V. Gillen*
> Maria V. Gillen
> Attorney for Tennessee Valley Authority
> Office of the General Counsel
> 400 West Summit Hill Drive
> Knoxville, Tennessee 37902
> 865.632.7741
> mvgillen@tva.gov