### IN THE UNITED STATES DISTRICT COURT
### FOR THE WESTERN DISTRICT OF KENTUCKY
### OWENSBORO DIVISION

_____

|                           |   |                                      |
|---------------------------|---|--------------------------------------|
| **KENTUCKY COAL ASSOCIATION,** | ) |                                 |
| **INC., *ET AL.***        | ) |                                      |
|                           | ) |                                      |
| **PLAINTIFFS**            | ) | **Civil Action No. 4:14cv-00073-JHM** |
| v.                        | ) | CHIEF JUDGE JOSEPH H. MCKINLEY, JR.  |
|                           | ) |                                      |
| **TENNESSEE VALLEY AUTHORITY** | ) |                                 |
|                           | ) |                                      |
| **DEFENDANT**             | ) |                                      |
|                           | ) |                                      |

_____

### ORDER

Plaintiffs have filed a motion for a preliminary injunction (DN 17) and a motion to expedite discovery in the case (DN 18).  Plaintiffs have also filed a motion to expedite the hearings related to DN 17 and 18 (DN 19).  The undersigned grants the motion for expedited hearings and to that end conducted a telephonic conference on September 22, 2014, to address DN 17 and 18.  Participating in the conference were Mr. Donald J. Kelly, Mr. H. Carl Horneman and Ms. Rachel Mulloy for the Plaintiff and Ms. Maria V. Gillen, Mr. Edwin W. Small and Ms. Frances Regina Koho for the Defendant.

### Motion for Preliminary Injunction

A hearing on Plaintiffs' motion for a preliminary injunction, DN 17, is scheduled for **Tuesday, November 25, 2014, at 9:00 a.m., CST,** before Chief District Judge Joseph H. McKinley Jr.  The hearing shall be conducted at the United States Courthouse, Owensboro, Kentucky.

## Motion to Expedite Discovery

In DN 18, Plaintiffs request leave to engage in expedited discovery in the case in advance of entry of a scheduling order, pursuant to Fed. R. Civ. P. 26(d).  Plaintiffs state that expedited discovery is needed so that they might prepare for the upcoming hearing on their motion for preliminary injunction.   To that end, they request leave to depose TVA witnesses and propound extensive interrogatories.

The court's consideration of this case is confined to the contents of the administrative record, in accordance with the Administrative Procedures Act.  5 U.S.C. § 706.  The Defendant has filed the administrative record and provided a copy to the Plaintiffs (DN 31).  Only in rare instances will the court venture beyond the administrative record.  Florida Power & Light Co. v. Lorion, 470 U.S. 729, 743-44 (1985).  Supplementation may be appropriate when the agency deliberately or negligently excluded certain documents or when the court needs certain background information in order to determine whether the agency considered all the relevant factors.  Coalition for the Advancement of Reg'l Transp. v. Federal Highway Admin.. 2014 U.S. App. LEXIS 15331, *22-23 (6th Cir. 2014).  In such instances, the burden is on the Plaintiff to justify supplementation of the record, which requires a "strong showing" of bad faith.  Latin Ams. for Soc. & Econ. Dev. v. Adm'r of the FHA, 756 F.3d 447, 465 (6th Cir. 2014).  Although the Plaintiffs' motion is couched in terms of discovery, it is more appropriately considered one for supplementation of the administrative record.

Plaintiffs' motion fails to demonstrate the need for supplementation of the administrative record.  For this reason, the motion for leave to conduct expedited

discovery is denied, however the undersigned recognizes that the Plaintiffs only recently received the administrative record and have not been afforded time to fully review and analyze it for completeness.  Consequently, the denial is with leave to refile a motion to supplement the administrative record should the Plaintiffs deem such a motion necessary.

**IT IS THEREFORE ORDERED** Plaintiffs' motion for an expedited conference to address scheduling and hearing dates on their motion for a preliminary injunction and to expedite discovery (DN 19) is **GRANTED**.  Plaintiffs' motion for expedited discovery (DN 18) is **DENIED**, with leave to refile at a later date.  A hearing on Plaintiffs' motion for preliminary injunction (DN 17) will be held on **November 25, 2014, at 9:00 a.m., CST**, before Chief District Judge Joseph H. McKinley, Jr.

ENTERED this

Copies to:     Counsel of Record
               Erica Skinner, Case Manager

0|15

3