IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

| | |
|---|---|
| KENTUCKY COAL ASSOCIATION, INC., )<br>JAMES ROGERS, III, J.L. ROGERS FAMILY, )<br>LLC, TALMAGE ROGERS, TALMAR OF FL, )<br>LLC, PAT EARLY, KIRSTINE EARLY, )<br>BUCKINGHAM HOLLOW, LLC, KEVIN )<br>LAWRENCE AND BIG BUCKS, LLC )<br>              Plaintiffs )<br>v. )<br>  ) <br>TENNESSEE VALLEY AUTHORITY )<br>              Defendant ) | Case No. 4:14-CV-00073-JHM |

**PLAINTIFFS' CROSS-MOTION FOR JUDGMENT ON THE ADMINISTRATIVE RECORD**

Plaintiffs Kentucky Coal Association, Inc., James Rogers, III, J.L. Rogers Family, LLC, Talmage Rogers, Talmar of FL, LLC, Pat Early, Kirstine Early, Buckingham Hollow, LLC, Kevin Lawrence, and Big Bucks, LLC (referred to collectively herein as "Plaintiffs") respectfully move the Court to enter Judgment on the Administrative Record on their behalves against Defendant Tennessee Valley Authority (TVA).

The Administrative Record filed by TVA with the Court on September 18, 2014, and the brief submitted herewith in support of this Motion and in response to TVA's Motion for Judgment on the Administrative Record demonstrate that the Finding of No Significant Impact issued by TVA was contrary to the requirements of the National Environmental Policy Act and not supported by substantial evidence: TVA should have conducted an Environmental Impact Statement with respect to its decision to construct a new, 1,025 megawatt combustion turbine/combined cycle ("CT/CC") plant fueled by natural gas as well as ten to twenty miles of natural gas pipeline needed to fuel the operation of that facility and other associated infrastructure, while retiring and decommissioning two coal-

fueled units at its Paradise Plant. Based on the law and the Administrative Record, this Court can and should rule that TVA's action was arbitrary or capricious under the National Environmental Policy Act, and entry of judgment for Plaintiffs is therefore proper.

Further, the Administrative Record filed by TVA with the Court on September 18, 2014, and the brief submitted herewith in support of this Motion and in response to TVA's Motion for Judgment on the Administrative Record demonstrate that TVA did not conduct the least-cost planning process required under the TVA Act regarding its decision to retire Paradise Units 1 and 2 and construct a new CT/CC plant to replace the power needs of its system. Because TVA has failed to comply with its statutory mandates, the Court can and should rule that TVA's action was arbitrary or capricious under the TVA Act, and entry of judgment for Plaintiffs is therefore proper. At a minimum, the Administrative Record submitted by TVA in support of its least cost planning mandate raises genuine issues of material fact which the denial of TVA's Motion for Judgment on the Administrative Record.

Respectfully submitted,
*/s/ Lisa C. DeJaco*
WYATT, TARRANT & COMBS, LLP

Donald J. Kelly dkelly@wyattfirm.com
Lisa C. DeJaco ldejaco@wyattfirm.com
500 West Jefferson Street, Suite 2800
Louisville, KY 40202-2898
502.589.5235

G. Brian Wells bwells@wyattfirm.com
Courtney Ross Samford
 csamford@wyattfirm.com
250 W. Main Street, Suite 1600
Lexington, Kentucky 40507-1746
859.233.2012

***Counsel for Plaintiffs***

## CERTIFICATE OF SERVICE

On November 19, 2014, I electronically filed this document, the accompanying Memorandum in Support, and a proposed Order through the ECF system, which will send a notice of electronic filing to:

Edwin W. Small ewsmall@tva.gov
Maria V. Gillen mvgillen@tva.gov
Frances Regina Koho frkoho@tva.gov
TENNESSEE VALLEY AUTHORITY
OFFICE OF THE GENERAL COUNSEL
400 W. Summit Hill Drive
Knoxville, Tennessee 37902-1499
865-632-3021

                                                  */s/ Lisa C. DeJaco*
                                                  ***One of Counsel for Plaintiffs***

61264639.2