UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF KENTUCKY
OWENSBORO DIVISION

KENTUCKY COAL ASSOCIATION, INC.,
JAMES ROGERS, III, J.L. ROGERS FAMILY,
LLC, TALMAGE ROGERS, TALMAR OF FL,
LLC, PAT EARLY, KIRSTINE EARLY,
BUCKINGHAM HOLLOW, LLC, KEVIN
LAWRENCE AND BIG BUCKS, LLC,
Plaintiffs,

v.                                                           No. 4:14-cv-00073-JHM-HBB

TENNESSEE VALLEY AUTHORITY,
Defendant.

## ORDER

Plaintiffs have filed a Cross-Motion for Judgment on the Administrative Record, as well as a consolidated brief in support of their motion and in opposition to TVA's Motion for Judgment on the Administrative Record. TVA has filed a consolidated motion in further support of its Motion for Judgment on the Administrative Record and in opposition to Plaintiffs' Cross-Motion for Judgment on the Administrative Record. After considering the Environmental Assessment of TVA's decision, the Administrative Record compiled by TVA in support of the decision, and the Parties' memoranda of law in support of and in opposition to Judgment on the Administrative Record, the Court concludes that Plaintiffs' Cross-Motion for Judgment should be denied and entry of judgment for TVA should be granted for the reasons set forth in the Court's opinion filed today.

It is therefore **ORDERED** that Plaintiffs' Cross-Motion for Judgment on the Administrative Record (Doc. 46) is **DENIED**, TVA's Motion for Judgment on the Administrative Record (Doc. 32) is **GRANTED**, and Plaintiffs' Complaint **DISMISSED**.

**ENTERED** this _____ day of _____, 2015.

_____
**UNITED STATES DISTRICT JUDGE**

28665008